## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA LEGGETT, Individual and For Others Similarly Situated ) ) ) | CASE NO.: 2:23-cv-00882-MJH |
| Plaintiff, ) ) ) | |
| v. ) ) ) | *Electronically Filed* |
| UNIONTOWN HOSPITAL, ) ) ) | |
| Defendant. ) ) | |

**JOINT MOTION FOR COURT APPROVAL OF RELEASE AND SETTLEMENT AGREEMENT AND FOR ORDER DISMISSING CASE WITH PREJUDICE**

Plaintiff Joshua Leggett ("Plaintiff") and Defendant Uniontown Hospital ("Defendant" and together with Plaintiff, the "Parties"), by and through their undersigned counsel, move this Court for an Order Approving Release and Settlement Agreement. In support of this Joint Motion, the Parties state:

1. A bona fide dispute exists as to Plaintiff's claims and Defendant's defenses under the Pennsylvania Minimum Wage Act ("PMWA") and Pennsylvania Wage Payment and Collection Law ("PWPCL") and the Fair Labor Standards Act ("FLSA") (the "Litigation").

2. Plaintiff knowingly and voluntarily withdrew his putative class claims and his ability to act in any representative capacity in the Litigation on behalf of the putative classes.

3. As a result of an adversarial, arm's-length negotiation taking into account all known facts, including the defenses asserted by Defendant, the risks of litigation, and the significant time delay to litigate this action, the Parties have entered into a Release and Settlement Agreement, a copy of which is attached to this Motion as *Exhibit A*.

4. The Parties agree that the terms of the Release and Settlement Agreement are fair, reasonable, and an adequate resolution of this action. Based on Plaintiff's Counsel's calculations, Plaintiff is recovering 100% of his claimed back wages.

5. Based on the foregoing, the Parties request an Order approving the terms of the Release and Settlement Agreement and dismissing this action in its entirety with prejudice, except that the Court will reserve exclusive and continuing jurisdiction over this action with respect to any further proceedings concerning the administration of the Release and Settlement Agreement.

WHEREFORE, Plaintiff Joshua Leggett and Defendant Uniontown Hospital jointly request that this Honorable Court approve the Release and Settlement Agreement and dismiss this civil action in its entirety with prejudice. A proposed Order is attached.

Dated: February 22, 2025

Respectfully submitted,

By: */s/ Richard M. Schreiber*
**Michael A. Josephson**
Texas Bar No. 24014780
**Andrew W. Dunlap**
Texas Bar No. 24078444
**Richard M. Schreiber**
Texas Bar No. 24056278
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100
Fax: (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com
rschreiber@mybackwages.com

AND

**Richard J. (Rex) Burch\***
Texas Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

| | |
|---|---|
| **William C. (Clif) Alexander**<br>Texas Bar No. 24064805<br>**Austin W. Anderson**<br>Texas Bar No. 24045189<br>**Carter T. Hastings**<br>Texas Bar No. 24101879<br>**ANDERSON ALEXANDER PLLC**<br>101 N. Shoreline Blvd., Suite 610<br>Corpus Christi, Texas 78401<br>361-452-1279 – Telephone<br>361-452-1284 – Facsimile<br>clif@a2xlaw.com<br>austin@a2xlaw.com<br>carter@a2xlaw.com | **Joshua P. Geist**<br>**GOODRICH & GEIST, PC**<br>3634 California Ave.<br>Pittsburgh, Pennsylvania 15212<br>412-766-1455 – Telephone<br>412-766-0300 – Facsimile<br>josh@goodrichandgeist.com<br><br>*Pro hac vice applications forthcoming* |

**ATTORNEYS IN CHARGE FOR PLAINTIFF**

 

NELSON MULLINS RILEY &
SCARBOROUGH LLP

*/s/ Marc E. Williams*
Marc E. Williams (WV Bar # 4062)
*Admitted Pro Hac Vice*
949 3rd Ave, Suite 200
Huntington, WV 25701
Ph: (304) 526-3500
marc.williams@nelsonmullins.com

Kristin M. Ahr (FL Bar #63290)
*Admitted Pro Hac Vice*
360 South Rosemary Ave., Suite 1410
West Palm Beach, FL 33401
Ph: (561) 366-8765
Kristin.ahr@nelsonmullins.com

Carolyn B. McGee (PA I.D. #208815)
6 PPG Place, Suite 700
Pittsburgh, Pennsylvania 15222
Ph: (412) 730.4050
carolyn.mcgee@nelsonmullins.com

*Counsel for Defendant, Uniontown Hospital*

## **CERTIFICATE OF SERVICE**

    I served a copy of this document on all counsel of record pursuant to the Federal Rules of Civil Procedure on February 22, 2025.

                                                             */s/Richard M. Schreiber*
                                                              **Richard M. Schreiber**