**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSHUA LEGGETT, Individual and For Others Similarly Situated | ) ) ) CASE NO.: 2:23-cv-00882-MJH |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| UNIONTOWN HOSPITAL, | ) ) ) |
| Defendant. | ) ) ) |

**ORDER APPROVING RELEASE AND SETTLEMENT AGREEMENT AND
ORDER OF FINAL DISMISSAL WITH PREJUDICE**

AND NOW, this 22nd day of April 2025, upon consideration of the Parties' Joint Motion for Court Approval of the Release and Settlement Agreement and the terms of the fully-executed Release and Settlement Agreement attached to the Joint Motion, it is hereby ORDERED that:

1. The Joint Motion is GRANTED.

2. The Release and Settlement Agreement is APPROVED.

3. This action is DISMISSED in its entirety WITH PREJUDICE with each party to bear its own attorneys' fees and costs except as otherwise set forth in the Release and Settlement Agreement.

BY THE COURT:

*Marilyn J. Horan*
Marilyn J. Horan
United States District Judge